Reza Torkzadeh (CA Bar No. 249550)
**THE TORKZADEH LAW FIRM**
11601 Wilshire Blvd. Ste. 500
Los Angeles, CA 90025
Tel: (310) 935-1111 / Fax: (800) 979-0262
E-mail: Reza@TorkLaw.com

Attorney for Plaintiff
JUAN ESEBERRE, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ESEBERRE, JR., <br><br> Plaintiff, <br><br> v. <br><br> I.Q. DATA INTERNATIONAL, INC.; MEDEL LAW GROUP, APC; and DOES 1-10, Inclusive, <br><br> Defendants. | Case No. 8:16-cv-00019-JVS-JCG <br><br> STIPULATION & JOINT MOTION TO DISMISS WITH PREJUDICE PER RULE 41(a) <br><br> Judge:    Hon. James V. Selna <br> Ct.:       10C <br><br> Location: U.S. Courthouse <br> 411 W. 4th St. <br> Santa Ana, CA 92701 |

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that plaintiff JUAN ESEBERRE, JR., defendant I.Q. DATA INTERNATIONAL, INC. and defendant MEDEL LAW GROUP, APC hereby stipulate and agree to dismiss with prejudice this entire action against all parties and all parties shall bear their own fees and costs.

///

///

**TORK**

- 1 -    *Case# 8:16-cv-00019-JVS-JCG*
Stip. Rule 41(a) Dismissal

1  Dismissal under this rule requires no action on the part of the court and
2  divests the court of jurisdiction once the notice of voluntary dismissal is filed. *See*
3  *e.g., U.S. v. Real Property Located at 475 Martin Lane, Beverly Hills, CA*, 545
4  F.3d 1134, 1145 (9th Cir. 2008).  Rule 41(a) is not limited to the dismissal of an
5  entire action against all defendants. *Hells Canyon Preservation Council v. U.S.*
6  *Forest Service*, 402 F.3d 683, 687 (9th Cir. 2005).  The 9th Circuit extends the rule
7  to permit dismissal of an entire action against individual defendants. *Id.*
8    **THE BELOW SIGNED STIPULATE AND AGREE TO ALL THE ABOVE**
9  
10 Date: November 10, 2016      **TORKZADEH LAW FIRM, APC**
11 
12     By: /s/ Reza Torkzadeh
          ATTORNEYS FOR PLAINTIFF
13 
14     **WINGET SPADAFORA &**
       **SCHWARTZBERG, LLP**
15 
16     By: /s/ Gabriel Z. Reynoso
          ATTORNEYS FOR I.Q. DATA
17 
18     **HINSHAW & CULBERTSON, LLP**
19     By: /s/ Daniel Sanchez-Behar
20        ATTORNEYS FOR MEDEL LAW
21     **Signature Certification**
22   Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative
23 Policies and Procedures Manual, I hereby certify that the content of this document
24 is acceptable to Gabriel Reynoso and Daniel Sanchez-Behar, counsel for
25 ///

TORK

1  Defendants, and that I have obtained their authorizations to affix their electronic
2  signatures to this document.
3
4  Dated: November 10, 2016           /s/ Reza Torkzadeh
                                      Attorneys for Plaintiff
5

TORK

- 3 -            *Case# 8:16-cv-00019-JVS-JCG*
Stip. Rule 41(a) Dismissal

# PROOF OF SERVICE

*ESEBERRE, JR. vs. I.Q. DATA INTERNATIONAL, INC.*
C.D. CAL. CASE NO. 8:16-cv-00019-JVS-JCG

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I, Reza Torkzadeh, am an attorney licensed in California. My business address is 11601 Wilshire Blvd. Ste. 500, Los Angeles, CA 90025, (310) 935-1111. I am over 18 years of age, not a party to the within action, and I am exempt from registration under California Business and Professions Code § 22350(b).

I served on November 10, 2016 the foregoing document(s) described as –

- STIPULATION AND JOINT MOTION TO DISMISS WITH PREJUDICE PER RULE 41(a)

- on the other parties in this action by delivering as follows:

| | |
|---|---|
| Gabriel Z. Reynoso, Esq.<br>**Winget, Spadafora & Schwartzberg LLP**<br>1900 Avenue of the Stars #450<br>Los Angeles, CA 90067<br>Tel.: (310) 836-4800<br>Fax: (310) 836-4801<br>gzr@jmbm.com<br>Attorneys for I.Q. Data Intl. | Daniel Sanchez-Behar, Esq.<br>**Hinshaw & Culbertson LLP**<br>11601 Wilshire Blvd. #800<br>Los Angeles, CA 90025<br>Tel.: (310) 909-8000<br>Fax: (310) 909-8001<br>dsanchez-behar@hinshawlaw.com<br>Attorneys for Medel Law Group |

[X]   FRCP 5(b)(2)(E): electronic means consented to in writing.

**Executed on November 10, 2016 in Los Angeles, California.**

I swear under the penalty of perjury under the laws of the state of California that the foregoing is true and correct.

/s/ Reza Torkzadeh
Reza Torkzadeh

TORK

- 1 -   *Case# 8:16-cv-00019-JVS-JCG*
Stip. Rule 41(a) Dismissal (Proof of Service)